Anton Paulack, plaintiff in error, v. Chicago, Ottawa & Peoria Railway Company, defendant in error. Gen. No. 6,597.
Action to recover damages for death of a horse struck by a train

while running at large in the street. Judgment for defendant. Error to the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed February 8, 1919. Rehearing denied April 9, 1919.

Roy F. Hall, for plaintiff in error. Duncan & O'Conor, for defendant in error.

Mr. Presiding Justice Dibell delivered the opinion of the court.

Mr. Presiding Justice Dibell delivered the opinion of the court.